UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WENDY MILLIRON,<br><br>  Plaintiff<br><br>v.<br><br>JENNIFER HIYASHI-WOOD, et al.,<br><br>  Defendants | Case No.: 2:25-cv-01890-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendants Jennifer Hiyashi-Wood, Steven Lin, and Anime Pavillion, LLC's certificate of interested parties (ECF No. 5) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant Anime Pavillion, LLC because it does not identify the citizenship of each of Anime's members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").

I FURTHER ORDER these parties to file a proper certificate of interested parties by November 4, 2025.

DATED this 21st day of October, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE