RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdennett@dennettwinspear.com
MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 11602
mholmes@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
***Attorneys for Defendants,***
***Jennifer Hiyashi-Wood; Steven Lin;***
***Anime Pavilion, LLC***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WENDY MILLIRON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER HIYASHI-WOOD, individually; STEVEN LIN, individually; ANIME PAVILLION, LLC; DOES 1 through 20, inclusive, and ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: 2:25-1890-APG-EJY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY DEADLINES [SECOND REQUEST]** |

Pursuant to the Court's Local Rule 26-3, Plaintiff Wendy Milliron, by and through her counsel of record, Reed J. Werner, Esq., of the law firm Carter Cullen, and Defendants Jennifer Hiyashi-Wood, Steven Lin, and Anime Pavillion, LLC, by and through their counsel of record, Meredith L. Holmes, Esq., of the law firm Dennett Winspear, LLP, respectfully move the Court for an Order continuing Discovery and submit the instant Stipulation in accordance with LR 6-1 and LR 26-4. The parties have conferred and agree that an extension of discovery is both necessary and warranted. This request contains a basis to extend for good cause. A proposed stipulated discovery plan and scheduling order was presented to the Court, and the Court issued its Order Approving Discovery Plan on December 8, 2025 [Doc 13]. The Court granted the parties' request for a 90 day extension of deadlines on April 14, 2026 [Doc 14], based on newly disclosed medical information.

DW DENNETT WINSPEAR ATTORNEYS AT LAW

The parties met and conferred on August 5, 2026 pursuant to FRCP 26(f). The parties have exchanged their respective FRCP Productions and supplements thereto. Plaintiff has responded to written discovery and her deposition has been taken. Written discovery has been propounded on Defendants, with responses due within the next 30 days. Defendants Lin and Hyashi-Wood's depositions are scheduled to take place August 9, 2026, in-person, in Virginia, where they reside.

The parties are in active settlement negotiations. Expert disclosures are due September 14, 2026. The parties' disclosures, the vast majority of which are medical records, exceed 18,000 pages, and Defendants are still in the process of obtaining medical records. While the parties are in the process of retaining experts, settlement discussions, if successful, would allow the parties to avoid what would be exceedingly large medical expert costs. Additionally, while Defendants' depositions are currently scheduled to go forward, the parties are also interested in avoiding the cost of travel to Washington D.C. and the depositions themselves if it is possible to settle the case.

An extension of time for discovery is necessary and good cause exists for the extension pursuant to Local Rule 26-4. The parties hereby request that the close of discovery in this matter be continued for sixty (60) days. This Stipulation and request for extension of the close of discovery is made more than twenty-one (21) days before the expiration of the deadline for close of discovery (November 12, 2026) and initial expert disclosure deadline (September 14, 2026).

**(a) DISCOVERY THAT HAS BEEN COMPLETED:**

Counsel for the respective parties participated in a discovery planning conference pursuant to FRCP 26(f). Lists of witnesses and document productions were thereafter exchanged by and between the parties.

Defendants propounded written discovery on Plaintiff and Plaintiff served responses. Plaintiff's deposition has been taken. Defendants have been diligently collecting medical records from providers, but are still in the process of doing so. The parties are currently working to obtain necessary documents, set necessary depositions, and complete expert discovery.

. . .



DW DENNETT WINSPEAR ATTORNEYS AT LAW

**(b) DISCOVERY THAT REMAINS TO BE COMPLETED PURSUANT TO LR 26-3(b):**

As noted above, the parties are still in the process of obtaining Plaintiff's medical records. Defendants' depositions will be taken if settlement negotiations are ultimately unsuccessful. A Rule 35 examination needs to take place, which the parties are currently in discussions about. Expert disclosures need to be made, followed by expert depositions.

**(c) REASONS DISCOVERY WILL NOT BE COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN:**

As noted above, the parties are in active settlement negotiations with both sides motivated to engage in them in good faith. If the case were to settle, the parties could avoid the expert witness costs associated with the review of the exceedingly large amount of medical records produced. The parties request a 60-day extension to allow them to address some issues that have arisen in settlement negotiations, while also allowing enough time for expert review and disclosure if that is unsuccessful. The parties could also avoid the costs and time associated with travel to Virginia for Defendants' depositions if the case ultimately settles.

Counsel is working together to complete necessary remaining discovery, but require additional time in which to do so.

**(d) PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**:

The parties hereby stipulate and request that discovery dates in this matter be continued for an additional (60) days.

| | **CURRENT DATE** | **PROPOSED DATE** |
|---|---|---|
| Close of Discovery | November 12, 2026 | January 11, 2027 |
| Amend Pleadings/add parties: | August 17, 2026 | October 16, 2026 |
| Expert Disclosures: | September 14, 2026 | November 13, 2026 |
| Rebuttal Experts: | October 13, 2026 | December 14, 2026 |
| Dispositive Motions: | January 12, 2027 | March 15, 2027 |

. . .

. . .



DW DENNETT WINSPEAR ATTORNEYS AT LAW

***Stipulation to Extend***
***[Second Request]***

Dated: August 5, 2026

**CARTER CULLEN**

By: */s/ Reed J. Werner*
REED J. WERNER, ESQ.
Nevada Bar No. 9221
7408 W. Sahara Ave
Las Vegas, NV 89117
***Attorneys for Plaintiff Wendy Milliron***

Dated: August 5, 2026

**DENNETT WINSPEAR, LLP**

By: */s/ Meredith L. Holmes*
MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 11602
3301 N. Buffalo Drive, Ste 195
Las Vegas, Nevada 89129
***Attorneys for Defendant, Jennifer Hiyashi-Wood; Steven Lin; Anime Pavilion, LLC***

**ORDER**

Good cause appearing therefore, IT IS SO ORDERED.

DATED this 5th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE

Submitted by:

**DENNETT WINSPEAR, LLP**

By */s/ Meredith L. Holmes*
MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 11602
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
***Attorneys for Defendant, Jennifer Hiyashi-Wood; Steven Lin; Anime Pavilion, LLC***

DENNETT WINSPEAR
ATTORNEYS AT LAW