MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 11602
mholmes@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
***Attorneys for Defendants,***
***Jennifer Hiyashi-Wood; Steven Lin;***
***Anime Pavilion, LLC***

DW DENNETT WINSPEAR ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WENDY MILLIRON, individually,

Plaintiff,

vs.

JENNIFER HIYASHI-WOOD, individually; STEVEN LIN, individually; ANIME PAVILLION, LLC; DOES 1 through 20, inclusive, and ROE BUSINESS ENTITIES 1 through 20, inclusive,

Defendants.

CASE NO: 2:25-cv-1890-APG-EJY

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between REED J. WERNER, ESQ., of the law firm of CARTER CULLEN, Attorneys for Plaintiff WENDY MILLIRON, and MEREDITH L. HOLMES, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendants JENNIFER HIYASHI-WOOD, STEVEN LIN, AND ANIME PAVILLION, LLC, that this matter be dismissed, with prejudice, each party to bear their own attorneys fees and costs.

DATED: 9/3/2026

**CARTER CULLEN**

By: */s/ Reed J. Werner*
REED J. WERNER, ESQ.
Nevada Bar No. 9221
7408 W. Sahara Ave
Las Vegas, NV 89117
***Attorneys for Plaintiff***
***Wendy Milliron***

DATED: 9/3/2026

**DENNETT WINSPEAR, LLP**

By: */s/ Meredith L. Holmes*
MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 11602
3301 N. Buffalo Drive, Ste 195
Las Vegas, Nevada 89129
***Attorneys for Defendant, Jennifer Hiyashi-Wood; Steven Lin; Anime Pavilion, LLC***

***Milliron v Hiyashi-Wood, et al.***
***Case No. 21:25-cv-1890-APG-EJY***
***Stip and Order for Dismissal w Prej***

**ORDER**

UPON STIPULATION OF COUNSEL and good cause appearing,

IT IS HEREBY ORDERED that this matter be, and is hereby dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED: September 9, 2026

UNITED STATES DISTRICT COURT JUDGE

DW DENNETT WINSPEAR
ATTORNEYS AT LAW